**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00448-BNB

KEITH PARKER,

    Plaintiff,

v.

KEVIN MILYARD,
RYAN LONG, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's motion for copies (ECF No. 4) filed on February 21, 2012.  The motion is DENIED because Plaintiff fails to specify any document he needs copied in order to have access to this Court in this action.

Dated:  February 24, 2012