**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00448-BNB

KEITH PARKER,

    Plaintiff,

v.

KEVIN MILYARD,
RYAN LONG, and
JOHN DOE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 16) filed on June 4, 2012, asking the Court to serve copies of the amended complaint on Defendants is DENIED as premature. Plaintiff's motion (ECF No. 17) seeking additional time, if necessary, to file the amended complaint (ECF No. 18) is DENIED as unnecessary.

Dated: June 6, 2012