IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00448-WYD-MJW

KEITH PARKER,

Plaintiff(s),

v.

KEVIN MILYARD,
RYAN LONG, and
JOHN DOE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Status Update (Docket No. 41) is granted in part and denied in part.  The motion is denied with respect to the plaintiff's request that a Status Conference be set.  The motion is granted insofar as plaintiff is advised that in a Minute Order entered on September 13, 2012 (Docket No. 25), the Status Conference set for September 18, 2012, was vacated in view of the pending motion to dismiss.  The court noted that the Status Conference would be reset following the disposition of the motion to dismiss.  In another motion filed by plaintiff (Docket No. 40), plaintiff notes that he was transferred from Fremont Correctional Facility to Territorial Correctional Facility.  The court notes, however, that the plaintiff has not filed a notice of change of address as required by D.C.COLO.LCivR 10.1(M), which may very well be the reason plaintiff did not timely receive the court's Minute Order (Docket No. 25) vacating the September 18, 2012, conference.

It is further ORDERED that the plaintiff's Extension of Time to File Reply Motion (Docket No. 40) is granted.  Plaintiff shall have up to and including October 19, 2012, to file a Response to Defendants Kevin Milyard and Ryan Long's Motion to Dismiss (Docket No. 36).

It is further ORDERED that the Clerk of Court shall change the plaintiff's address to Colorado Territorial Correctional Facility, P.O. Box 1010, Canon City, Colorado 81215-1010.

Date: September 26, 2012