IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00448-WYD-MJW

KEITH PARKER,

    Plaintiff,

v.

KEVIN MILYARD,
RYAN LONG, and
JOHN DOE,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on December 20, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge Boland (ECF Doc. No. 49) is affirmed and adopted.  It is further

ORDERED that that the Defendants Kevin Milyard and Ryan Long's Motion to Dismiss (ECF No. 36) is GRANTED.  It is further

ORDERED that the claims against defendant John Doe are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  Accordingly, final judgment is hereby entered and plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 21st day of December, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk